U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2022R00866)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 18 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO.  1:23CR-192
UNDER SEAL

MAGISTRATE CASE NO.

X Indictment
DATE: July 18, 2023

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
SHERLYN SIMS, A/K/A SHERLYN DZINZI

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Alex R. Sistla
Defense Attorney: